LAW OFFICES OF IVETTE AMELBURU MANINGO
IVETTE AMELBURU MANINGO, ESQ.
NEVADA BAR NO.: 7076
400 S. Fourth Street, Ste. 500
Las Vegas, NV 89101
Tele.: (702) 793-4046
Fax: (844) 793-4046
Email:iamaningo@iamlawnv.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   vs.<br><br>ENRIQUE MARTINEZ,<br><br>                    Defendant. | CASE NO.: 2:21-cr-0169-CDS-BNW<br><br>**DEFENDANT ENRIQUE MARTINEZ'S UNOPPOSED REQUEST FOR TRAVEL** |

     COMES NOW, Defendant, ENRIQUE MARTINEZ, and hereby respectfully requests this Honorable Court issue an Order granting Defendant leave to travel outside the state of Nevada to Arleta, California, on May 27, 2022 through May 29, 2022 for the purpose of spending his mother's birthday with her.

     To date, Mr. Martinez has been compliant with all terms of his supervised release. Mr. Martinez's mother resides in California and he would like to spend her birthday with her.  If permitted, he will drive to California on May 27th and will stay with his mother at 13688 Bracken Street, Arleta, California 91331 for the duration of his trip. Mr. Martinez is requesting permission to travel out of the jurisdiction for a three-day period and will return to Las Vegas on May 29th, 2021.

     The Defense has spoken to both AUSA Kimberly Sokolich and Defendant's Pre-Trial Services Officer Samira Barlow regarding the instant request. AUSA Sokolich advised she would defer to Pre-Trial Services and Officer Barlow has no objection to this request. For these reasons, Mr. Martinez

respectfully requests the Court grant his Unopposed Motion for Travel from the period of May 27, 2022 through May 29, 2022.

Dated this 18th day of May, 2022.

                                                          */s/ Ivette Amelburu Maningo*
                                                     Ivette Amelburu Maningo, Esq.
                                                     400 S. 4th St. #500
                                                     Las Vegas, Nevada
                                                     Attorney for Defendant

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that on the 18th day of May, 2022 I served an electronic copy of the above DEFENDANT ENRIQUE MARTINEZ'S UNOPPOSED REQUEST FOR TRAVEL to all parties of record via CM/ECF.

                                                   /s/ Wildalia Coulson
                                                   Employee of
                                                   The Law Offices of Ivette Amelburu Maningo

                                     **ORDER**
                                     **IT IS SO ORDERED**

                                     **DATED:** 2:48 pm, May 19, 2022

                                     **BRENDA WEKSLER**
                                     **UNITED STATES MAGISTRATE JUDGE**