LAW OFFICES OF IVETTE AMELBURU MANINGO
IVETTE AMELBURU MANINGO, ESQ.
NEVADA BAR NO.: 7076
400 S. Fourth Street, Ste. 500
Las Vegas, NV 89101
Tele.: (702) 793-4046
Fax: (844) 793-4046
Email:iamaningo@iamlawnv.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ENRIQUE MARTINEZ,<br><br>　　　　　　　Defendant. | CASE NO.: 2:21-cr-0169-RFB-BNW<br><br>**DEFENDANT ENRIQUE MARTINEZ'S UNOPPOSED REQUEST FOR TRAVEL** |

COMES NOW, Defendant, ENRIQUE MARTINEZ, and hereby respectfully requests this Honorable Court issue an Order granting Defendant leave to travel outside the state of Nevada to Arleta, California, on August 27, 2022 through August 28, 2022 for the purpose of seeing his mother who was recently hospitalized.

To date, Mr. Martinez has been compliant with all terms of his supervised release. Mr. Martinez's mother resides in California who is elderly and was recently hospitalized. Mr. Martinez would like to go and spend time with his mother and help her get adjusted after her stay in the hospital. If permitted, he will drive to California on August 27th and will stay with his mother at 13688 Bracken Street, Arleta, California 91331 for the duration of his trip. Mr. Martinez is requesting permission to travel out of the jurisdiction for the weekend and will return to Las Vegas on August 28, 2022.

The Defense has spoken to both AUSA Kimberly Sokolich and Defendant's Pre-Trial Services Officer Samira Barlow regarding the instant request. AUSA Sokolich advised she would defer to Pre-Trial Services and Officer Barlow has no objection to this request. For these reasons, Mr. Martinez

respectfully requests the Court grant his Unopposed Motion for Travel from the period of August 27, 2022 through August 28, 2022.

Dated this 26th day of August, 2022.

                                              /s/ Ivette Amelburu Maningo
Ivette Amelburu Maningo, Esq.
400 S. 4th St. #500
Las Vegas, Nevada
Attorney for Defendant

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that on the 26th day of August, 2022 I served an electronic copy of the above DEFENDANT ENRIQUE MARTINEZ'S UNOPPOSED REQUEST FOR TRAVEL to all parties of record via CM/ECF.

                                              /s/ Wildalia Coulsen
An Employee for
The Law Offices of Ivette Amelburu Maningo

**ORDER**

IT IS ORDERED that ECF No. 62 is GRANTED *nunc pro tunc*.

**IT IS SO ORDERED**
**DATED:** 12:44 pm, August 29, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2